USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

          - against -

SHOSHANA MARIE MCGILL,

                Defendant.

---

**18 CR 726 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court has received defense counsel's letter, dated March 23, 2023, requesting early termination of defendant Shoshana Marie McGill's probation. (See Dkt. No. 76.) The Court hereby directs the Government to respond to defense counsel's request within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    24 March 2023
             New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.