USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

　　　　　　- against -

SHOSHANA MARIE MCGILL,

　　　　　　　　　　Defendant.

18 CR 726 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

　　On June 13, 2019, the Court sentenced defendant Shoshana Marie McGill ("McGill") to five years' probation, which included 90 days in a community reentry facility and six months in home confinement. McGill has completed approximately three years and ten months of her term of probation, which is scheduled to terminate on June 12, 2024. By letter dated March 23, 2023, McGill requested early termination of probation. (See Dkt. No. 76.) The Government filed its opposition to McGill's request on April 17, 2023. (See Dkt. No. 78.)

　　The Court reviewed the parties' submissions and considered their respective arguments. While the Court commends McGill for full compliance while on probation, the Court is not persuaded that early termination of probation is warranted. The Court considered that McGill reports to the Probation Office through a monthly online system, which

should pose no impediment to her childcare obligations, employment, or education. Accordingly, it is hereby

**ORDERED** that the request of defendant Shoshana Marie McGill (see Dkt. No. 76) for early termination of probation is **DENIED**.

**SO ORDERED.**

Dated:   21 April 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.